UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS MORENO ROJAS,

    Petitioner,

v.                                  Case No. 6:23-cv-1957-ACC-RMN

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

**ORDER**

THIS CAUSE comes before the Court on Petitioner Carlos Moreno Rojas's Petition for Writ of Habeas Corpus (Doc. 1), filed under 28 U.S.C. § 2254.

Pursuant to Rule 201, Federal Rules of Evidence, the Court takes judicial notice of another Section 2254 Petition that Petitioner filed in this district. *See Rojas v. Sec'y of Fla. D.O.C.*, Case No. 6:23-cv-01703-PGB-RMN (M.D. Fla.). In that case, Petitioner challenges the same state criminal convictions as he does in the present case.

"[I]t is well settled that a plaintiff may not file duplicative complaints in order to expand their legal rights." *Vanover v. NCO Fin. Servs., Inc.*, 857 F.3d 833, 841 (11th Cir. 2017) (citation and internal quotation marks omitted). The doctrine, which is called "claim splitting," "ensures that a plaintiff may not

split up his demand and prosecute it by piecemeal, or present only a portion of the grounds upon which relief is sought, and leave the rest to be presented in a second suit, if the first fails[,]" thereby "ensur[ing] fairness to litigants and . . . conserv[ing] judicial resources." *Id.* (internal citations and quotation marks omitted). The claim-splitting doctrine applies where a petition "maintain[s] two separate causes of action involving the same subject matter, at the same time, in the same court, against the same defendant." *Rumbough v. Comenity Capital Bank*, 748 F. App'x 253, 255 (11th Cir. 2018) (citing *Vanover*, 857 F.3d at 840-42).

Here, Petitioner challenges the same underlying criminal convictions and asserts almost identical claims for relief. Thus, Petitioner has engaged in improper claim splitting. As Petitioner first raised these issues in Case No. 6:23-cv-01703-PGB-RMN, the present case will be dismissed.

Accordingly, it is **ORDERED** and **ADJUDGED** that:

1. This case is **DISMISSED without prejudice** to Petitioner's right to pursue the present claim(s) in the earlier case (Case Number 6:23-cv-01703-PGB-RMN).

2. The Clerk is directed to **CLOSE** this case.

3

**DONE** and **ORDERED** in Orlando, Florida on October 16, 2023.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:
Unrepresented Party